### 24562. LEWIS *v.* THE STATE.

BROYLES, C. J. Under the facts as disclosed by the record, the judge of the superior court did not err in overruling the certiorari.

DECIDED JANUARY 26, 1935.

*C. G. Battle, J. O. Ewing,* for plaintiff in error.
*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.